IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOE LOUIS AMERSON, JR.　　　　　　　　　　　　　　　　　　　PETITIONER

VS.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 4:08cv3-DPJ-JCS

STATE OF MISSISSIPPI　　　　　　　　　　　　　　　　　　　　RESPONDENT

## **ORDER OF DISMISSAL**

This section 2254 action is before the court on Petitioner's motion [30] to voluntarily dismiss his Petition. Respondent has not opposed the motion. The motion is hereby granted, and this matter is hereby dismissed without prejudice.

So ordered, this the 2nd day of December, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ James C. Sumner
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE